LAW LIBRARY

NO. 29228

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAY 18 PM 2:00

JEANNE KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

FILED

STONERIDGE RECOVERIES, LLC, Petitioner-Appellant,

vs.

CITY & COUNTY OF HONOLULU, DEPARTMENT OF
BUDGET AND FISCAL SERVICES, Respondent-Appellee,

and

OFFICE OF ADMINISTRATIVE HEARINGS, DEPARTMENT OF
COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAI'I,
Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 07-0469(3) EEH)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner-appellant Stoneridge Recoveries, LLC's

application for writ of certiorari, filed April 5, 2010, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 18, 2010.

Mark S. Kawata,
for petitioner-appellant,
on the application

FOR THE COURT:


Chief Justice



---

[1] Considered by: Moon, C.J., Nakayama, Acoba, and Duffy, JJ.; and
Circuit Judge Trader, in place of Recktenwald, J., recused.